IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| MIKE PEAY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UTAH COUNTY, et al.,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No: 2:05cv1083<br>Judge Dee Benson |

  Counsel for Plaintiff Juan Ramirez moves the Court to withdraw pursuant to the local rules for the United States District Court for the District of Utah. Counsel indicates that he has been unable to contact his client "in quite some time," and that his client has yet to pay him. While Counsel has made this motion under Rule 83-1.4(2), which provides for an attorney's withdrawal without his client's consent, the governing rule is actually Rule 83-1.4(3), which sets out the terms for withdrawal after a trial date has been set in a case. As a trial date has been set in this case, Counsel's motion does not comply with the terms of the relevant local rule, and is denied for that reason.

  It is so ordered.

  DATED this 25th day of June, 2007.

                _____
                Dee Benson
                United States District Judge